E-FILED; Anne Arundel Circuit Court
Docket: 4/9/2020 9:25 AM; Submission: 4/9/2020 11:55 AM

C-02-CV-20-001045

# EXHIBIT B

BK 16247 PG 0241

ANNE ARUNDEL COUNTY CIRCUIT COURT (Land Records) RPD 16247, p. 0241, MSA_CE59_16591. Date available 05/19/2005. Printed 03/14/2019.

## DECLARATION OF COVENANTS
## CONDITIONS AND RESTRICTIONS

THIS DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS, is made this _12th_ day of _January_, 2005, by Jewell B. Crandell, Trustee for the Crandell Family Trust and the Crandell Living Trust (hereinafter individually or collectively called the "Declarant") to ANNE ARUNDEL COUNTY, MARYLAND (hereinafter called the "County") in order to create a conservation easement.

WHEREAS, this Declarant is the owner of a tract or parcel of land, containing 1,072,351 square feet or 24.6178 acres of land, more or less, which is more particularly described in a deed from 1) Jewel B. Crandell, sole trustee and successor trustee of John O. Crandell to Jewel B. Crandell, Trustee for Crandell Living Trust as to (½) interest dated October 30, 2001 and recorded among the land records of Anne Arundel County in Liber 10963 Folio 511 and 2) Jewel B. Crandell, sole trustee and Successor Trustee of John O. Crandell to Jewel B. Crandell, Trustee for the Crandell Family Trust, as to (½) interest, dated October 30, 2001 and recorded among the aforesaid Land Records in Liber 10963 at Folio 514 of which 910,357 sq. ft. or 20.89 acres, more particularly shown as Exhibit #1 (Sheets 1-3), attached hereto and made a part hereof as the "Conservation Property" and are the subject of the covenants, conditions and restrictions set forth below; and

WHEREAS, the Conservation Property is located within the Critical Area as defined in Article 21, Title 2 of the Anne Arundel Code; and

WHEREAS, the creation of the conservation easement will benefit the citizens of the County and, therefore, the Developer desires to grant the County the right to enforce the covenants, conditions and restrictions for the conservation easement established under this Declaration.

NOW THEREFORE, WITNESSETH: In consideration of the premises and the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt whereof is hereby acknowledged, the Declarant does hereby establish the covenants, conditions and restrictions hereinafter set forth to create a conservation easement of the nature and character and to the extent hereinafter expressed to be and constitute a servitude upon the Property, which estate, interest, easements and servitude will result from the restrictions hereby imposed upon the use of the Conservation Property of the Declarant and to that end for the purpose of accomplishing the intent thereof, the Declarant covenants on behalf of himself, his personal representatives, legal representatives, successors and assigns, as applicable, to do so and refrain from doing upon the Conservation Property, the various acts hereinafter mentioned, it being hereby agreed and expressed that the doing and the refraining from said act, and each thereof, upon the Conservation Property is and will be for the benefit of the Declarant and the County.

BK 16247 PG 0242

ANNE ARUNDEL COUNTY CIRCUIT COURT (Land Records) RPD 16247, p. 0242, MSA_CE59_16591. Date available 05/19/2005. Printed 03/21/2019.

-2-

The restrictions hereby imposed upon the Conservation Property and the acts which the Declarant so covenants to do and refrain from doing upon the Conservation property in connection therewith are as follows:

1. No construction or alteration of residential, commercial, industrial, or other structures of any kind will be placed or erected upon the Conservation Property or any use in connection therewith shall be made of the Conservation Property.

2. No cutting or removing of vegetation or grading, filling or other activities shall be permitted upon the Property except as permitted under a Forest Management Plan approved by the County.

3. The general topography of the landscape of the Conservation Property shall be maintained in its present condition and no excavation or topographic changes shall be made.

TO HAVE AND TO HOLD unto the County, its successors, legal representative, and assigns, forever; subject, however, to the right of the County to terminate such estate, interest, easements and servitude hereby granted upon the execution of an instrument and recordation thereof among the Land Records of Anne Arundel County, Maryland declaring that the estate, interest, easements and servitude created under this Declaration is terminated and no longer in force and effect.

The County is hereby granted the right to enforce this Declaration and the covenants, conditions and restrictions set forth herein.

WITNESS the hand and seal of the Declarant(s) on the day hereinafter first written.

_____  BY: _____ (SEAL)
                              Jewell B. Crandell, Trustee,
                              Crandell Family Trust

_____  BY: _____ (SEAL)
                              Jewell B. Crandell, Trustee,
                              Crandell Living Trust

**OR**

ATTEST:                       (Name of Corporation)

_____  BY: _____ (SEAL)
                              President/Vice President
                              Declarant

STATE OF MARYLAND, COUNTY OF ANNE ARUNDEL, to wit:

BK 16247 PG 0243

I HERBY CERTIFY, that on this 14th day of April, 2005, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared Jewell Adela (Aden) Crandell known to me (or satisfactorily proven) to be the person described in and who executed the foregoing instrument and acknowledged the same to be his/her act and deed for the purposed therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

NOTARY SEAL

Marguerite Bergman
Notary Public

My Commission Expires: 11-1-07

OR

STATE OF MARYLAND, COUNTY OF ANNE ARUNDEL, to wit;

I HEREBY CERTIFY, That on this 26th day of April, 2005, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared Robert D Miller, Land Use Emi Off. for Janet S. Owens Co Exec who acknowledged himself/herself, being authorized so to do, executed, the foregoing instrument for the purpose therein contained, by signing the name of the corporation by himself/herself as _____ thereof.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

NOTARY SEAL

[Seal: ELIZABETH L. DIXON, NOTARY PUBLIC, ANNE ARUNDEL, MARYLAND]

Elizabeth L. Di___
Notary Public

My Commission Expires: 11/21/07

APPROVED AND ACCEPTED THIS
26th DAY OF April, 2005

ANNE ARUNDEL COUNTY, MARYLAND

BY: Robert D. Miller
Robert Miller, Land Use Officer
for Janet S. Owens, County Executive

APPROVED AS TO FORM AND LEGAL SUFFICIENCY:

_____     4-21-05
OFFICE OF LAW                    DATE

BK 16247 PG 0246

| No. | METES & BOUNDS | | No. | METES & BOUNDS | |
|---|---|---|---|---|---|
| 1 | SEE CURVE TABLE | | 39 | S45°18'46"W | 82.81' |
| 2 | N61°59'55"W | 334.56' | 40 | N62°34'25"W | 194.84' |
| 3 | N62°34'25"W | 112.08' | 41 | N63°08'55"W | 272.72' |
| 4 | N18°09'14"W | 34.49' | 42 | N27°21'01"E | 375.37' |
| 5 | N25°34'46"E | 50.48' | 43 | N29°19'33"E | 77.44' |
| 6 | N42°42'29"E | 48.50' | 44 | N33°05'37"E | 35.43' |
| 7 | N68°09'52"E | 81.97' | 45 | N88°41'21"E | 30.17' |
| 8 | N70°59'32"E | 72.18' | 46 | S66°44'13"E | 62.91' |
| 9 | N63°11'10"E | 75.49' | 47 | N68°25'27"E | 28.86' |
| 10 | S86°25'36"E | 25.41' | 48 | N38°27'59"E | 54.81' |
| 11 | N25°15'51"E | 22.00' | 49 | N52°07'19"E | 80.25' |
| 12 | N51°31'05"E | 69.36' | 50 | N89°03'42"E | 56.20' |
| 13 | S85°44'09"E | 26.63' | 51 | N47°50'26"E | 39.76' |
| 14 | S60°48'36"E | 42.22' | 52 | N76°13'48"E | 50.26' |
| 15 | S83°39'55"E | 61.01' | 53 | N13°15'06"E | 16.07' |
| 16 | S65°14'38"E | 39.71' | 54 | N22°57'01"W | 51.97' |
| 17 | S41°50'43"E | 30.30' | 55 | N52°14'55"W | 46.60' |
| 18 | N49°47'18"E | 20.24' | 56 | DUE WEST | 35.92' |
| 19 | N06°37'09"W | 27.50' | 57 | S70°17'37"W | 51.86' |
| 20 | N34°43'07"E | 18.79' | 58 | S57°40'31"W | 98.10' |
| 21 | S84°37'28"E | 42.43' | 59 | N39°56'43"W | 57.85' |
| 22 | S59°48'17"E | 41.72' | 60 | S27°21'01"W | 120.13' |
| 23 | N25°38'00"E | 57.77' | 61 | N43°14'50"W | 31.81' |
| 24 | N02°01'23"W | 33.68' | 62 | N27°21'01"E | 520.47' |
| 25 | N15°57'31"E | 60.54' | 63 | S50°22'07"E | 50.00' |
| 26 | N13°18'13"E | 45.06' | 64 | S44°15'00"E | 100.00' |
| 27 | N77°24'16"W | 356.91' | 65 | S60°00'00"E | 100.00' |
| 28 | DUE WEST | 70.54' | 66 | S39°15'00"E | 60.00' |
| 29 | S08°35'28"W | 42.45' | 67 | S26°30'00"E | 60.00' |
| 30 | S26°10'53"E | 50.30' | 68 | S69°00'00"E | 65.00' |
| 31 | N88°45'21"E | 36.47' | 69 | S48°00'00"E | 65.00' |
| 32 | S47°00'00"E | 48.77' | 70 | S31°30'00"E | 115.00' |
| 33 | S04°14'24"W | 42.88' | 71 | S39°00'00"E | 55.00' |
| 34 | S30°47'05"W | 38.71' | 72 | S57°00'00"E | 80.00' |
| 35 | S53°19'32"W | 112.05' | 73 | S62°30'00"E | 80.00' |
| 36 | S61°12'38"W | 90.44' | 74 | S70°00'00"E | 80.00' |
| 37 | S71°35'39"W | 118.95' | 75 | S79°00'00"E | 96.93' |
| 38 | S54°17'18"W | 80.04' | 76 | S10°59'57"W | 931.79' |

| CURVE TABLE | | | | | | |
|---|---|---|---|---|---|---|
| No. | RADIUS | ARC | DELTA | TAN | CHORD | BEARING |
| 1 | 374.32' | 187.74' | 28°44'10" | 95.89' | 185.77' | N76°22'00"W |

EXHIBIT #1 - SHEET 3 OF 3
CRANDELL PROPERTY
ANNE ARUNDEL COUNTY, MARYLAND
SCALE: 1" = 100'   NOVEMBER, 2004

11721 WOODMORE ROAD, SUITE 200
MITCHELLVILLE, MARYLAND 20721
BEN DYER ASSOCIATES, INC.
Engineers / Surveyors / Planners
TELEPHONE (301) 430-2000
COPYRIGHT © 2004 BEN DYER ASSOCIATES, INC.

ANNE ARUNDEL COUNTY CIRCUIT COURT (Land Records) RPD 16247, p. 0246, MSA_CE59_16591. Date available 05/19/2005. Printed 03/21/2019.

Case 1:20-cv-01250-CCB Document 1-3 Filed 05/19/20 Page 7 of 7

ANNE ARUNDEL COUNTY CIRCUIT COURT (Land Records) RPD 16247, p. 0244, MSA_CE59_16591. Date available 05/19/2005. Printed 03/21/2019.

BK 16247 PG 0244

EXHIBIT #1 - SHEET 1 OF 3

# CRANDELL PROPERTY

ANNE ARUNDEL COUNTY, MARYLAND

SCALE: 1" = 100'

NOVEMBER, 2004

11721 WOODMORE ROAD, SUITE 200
MITCHELLVILLE, MARYLAND 20721

**BEN DYER ASSOCIATES, INC.**
Engineers / Surveyors / Planners
TELEPHONE (301)-430-2000

COPYRIGHT © 2004 BEN DYER ASSOCIATES, INC.



